# PD-1493-15

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

DAVID K. THACKER JR.,  §
           MOVANT  §
               §

V.  §

THE STATE OF TEXAS,  §
          RESPONDENT  §
               §

## MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

COMES NOW DAVID K. THACKER JR., Movant pro se, and files this motion for an extension of time to file his Petition For Discretionary Review, and would show as follows:

### BACKGROUND

Movant timely filed his direct appeal with the Third Court Of Appeals, which affirmed his conviction on November 6, 2015. Movant was convicted of driving while intoxicated, third offense, in the 207th Ditrict Court of Comal County, and sentenced by a jury to life imprisonment on January 28, 2015.

Movant is filing his Petition For Discretionary Review pro se. Movant has no legal training and limited access to the Law Library at the Estelle Unit where he is incarcerated, and respectfully asks the Court for a Sixty (60) day extension of time to research and file his Petition For Discretionary Review.

### PRAYER

WHEREFORE PREMISES CONSIDERED, Movant prays this Honorable Court grant his motion for an extension of time to file his PDR.

Respectfully submitted,

David K. Thacker Jr.
TDCJ# 1990675
Estelle Unit